# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock  
Probation Officer: Veronica Ramirez  

Date: February 6, 2012  
Time: 47 minutes  
Interpreter: n/a  

**CASE NO. 10-CR-00571-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Timothy Neff |
| Plaintiff, | |
| vs. | |
| **MICHELLE SCHRAMM,** | Harvey Steinberg |
| | J.Y. Kang |
| Defendant. | |

## SENTENCING

**11:49 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00571-PAB
February 3, 2012

Comments by Mr. Neff in support of Government's Motion for Sentencing Reduction for Defendant Pursuant to U.S.S.G. § 5K1.1.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Sentencing Reduction for Defendant Pursuant to U.S.S.G. § 5K1.1 (Doc #56), filed 1/23/12 is **GRANTED.**

Argument by Mr. Steinberg in support of defendant's Motion for Variance and comments addressing sentencing.

Argument by Mr. Neff and comments addressing sentencing.

Comments by Mr. Steinberg on behalf of the defendant.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Variance (Doc #55), filed 1/20/12 is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **October 31, 2011** to count **30 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **4** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **2** years.

**ORDERED:** **Conditions** of Supervised Release that:
   (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
10-CR-00571-PAB
February 3, 2012

- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:  Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
- (**X**) All employment shall require prior Probation Officer approval.
- (**X**) The defendant shall not register any new business entity, foreign or domestic, without the advance written approval of the probation officer.
- (**X**) The defendant shall not own, work at, control or operate a spa, message parlor, or similar type of business.
- (**X**) The defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding state and federal income taxes. This includes resolution of any tx arrearages as well as continued compliance with state and federal laws regarding the filing of taxes.
- (**X**) The defendant shall not engage in gambling or any games of chance, either on the computer, in a casino or other gambling establishment, or in any other manner.

**ORDERED:** Defendant shall pay **$ 100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the designated institution on or before **12:00 noon, within 15 days of designation.**

**ORDERED:** Government's Request that the judgment reflect the amount of funds that were being laundered or involved in this case exceeded $10,000.00 is **GRANTED.**

Page Four
10-CR-00571-PAB
February 3, 2012

**ORDERED:**  Government's Motion to Dismiss the Remaining Counts of the Indictment (Doc #57), filed 1/27/12 is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED**:  Bond is continued.

**12:36 p.m.    COURT IN RECESS**

**Total in court time:        47 months**

**Hearing concluded**